In the Matter of the Claim of NORAH L. WHITE against CONSOLIDATED AIRCRAFT CORPORATION et al., Respondents.

STATE INDUSTRIAL BOARD, Appellant.

(Argued January 15, 1935; decided February 26, 1935.)

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for appellant.

*Gordon Steele* and *Peter A. Schultz* for respondents.

Order affirmed, with costs against the State Industrial Board; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.